

350 Mount Kemble Avenue
P.O. Box 1917
Morristown, New Jersey 07962
phone: 973-267-0058
fax: 973-267-6442
www.cmg.law

Wall Street Plaza
88 Pine Street, 28th Floor
New York, New York 10005
phone: 212-483-0105
fax: 212-480-3899

Vincent J. Proto, Esq.
Direct: (973) 631-6058
Email: vproto@cmg.law

June 14, 2025

**VIA ECF**

Hon. Jennifer L. Rochon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

> Defendant shall provide a further update as to the citizenship of the trusts that comprise A through Z Holdings LLC by June 23, 2025.
>
> Date:    June 16, 2025
>          New York, New York
>
> SO ORDERED
>
> *Jennifer Rochon*
> JENNIFER L. ROCHON
> United States District Judge

Re:    4533 Third Ave LLC v. United States Liability Insurance Company
       Civil Action No. 1:25-cv-3823-JLR

Dear Judge Rochon:

We are writing on behalf of Defendant United States Liability Insurance Company ("USLI") in response to Your Honor's May 27, 2025 and June 6, 2025 Orders.

With respect to the individual members of Plaintiff 4533 Third Ave LLC, Plaintiff's counsel has confirmed their respective domicile States as follows:

    Shibu Kankalil:    New York
    Rajive Maret:    New Jersey

As to the member trusts, to date, Plaintiff has not been able to confirm whether the trusts are traditional or non-traditional. However, we submit that a determination as to the nature of the trusts is not necessary because each trust would be diverse to USLI, which is a Nebraska corporation with its principal place of business in Pennsylvania, regardless of whether it is traditional or non-traditional. As to these trusts, Plaintiff had advised the following as to the domicile of the trustees, the grantors/settlers, and the beneficiaries:

1. Matthew Engel 2012 Trust
    a. Grantors/Settlers – Mark Engel and Joann Engel, both domiciled in New York
    b. Beneficiary – Matthew Engel, domiciled in New York
    c. Trustees – Matthew Engel, domiciled in New York; and Steven Engel, domiciled in New York
2. Steven Engel 2021 Trust
    a. Grantors/Settlers – Mark Engel and Joann Engel, both domiciled in New York



Hon. Jennifer L. Rochon, U.S.D.J.
June 14, 2025
Page 2

      b. Beneficiary – Steven Engel, domiciled in New York
      c. Trustees – Matthew Engel, domiciled in New York; and Steven Engel, domiciled in New York
3. Joann Engel 2017 Trust
      a. Grantor/Settler – Mark Engel, domiciled in New York
      b. Beneficiary – Joann Engel, domiciled in New York
      c. Trustees – Mark Engel and Joann Engel, both domiciled in New York

We have requested that Plaintiff provide the same detailed information as to the three trusts that are members of A Thru Z Holdings LLC, which is the sixth and final member of Plaintiff, as well as to advise whether those particular trusts are traditional or non-traditional. We request that the Court defer a final ruling on diversity jurisdiction until the requested information is provided by Plaintiff.

     Last, to the extent that the Court determines that a finding must be made as to whether each trust is traditional or non-traditional, USLI requests permission to conduct jurisdictional discovery specific to that issue.

     We remain greatly appreciative of Your Honor's courtesies in this regard and are available to respond to any inquiries from the Court.

                              Respectfully submitted,

                              */s/Vincent J. Proto*

                              VINCENT J. PROTO

VJP/cc
cc: Johnathan C. Lerner, Esq. (via ECF)